UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

―――――――――――――――――――――――――――

Aware Daud, Khadija Jama, Abdiaziz
Ali Abdi, Sahra Farah, Anab Ibrahim,
Fowsiya Gelle, Kiin Farah, Lul Esse
Hersi, and Kasha Anna Sobania,

   Plaintiffs and Proposed
    Class Representatives,

v.

Gold'n Plump Poultry, Inc. and The
Work Connection, Inc.,

   Defendants.

―――――――――――――――――――――――――――

Civil No.: 06-4013 (DSD/JJG)

**ORDER**

  Based upon the Report and Recommendation by United States Magistrate Judge Jeanne J. Graham dated May 11, 2007; all the files, records, and proceedings herein; and no objections having been filed to that Report and Recommendation; **IT IS HEREBY ORDERED** that Defendant The Work Connection, Inc.'s ("TWC") Motion for Partial Judgment on the Pleadings (Doc. No. 55) is **GRANTED IN PART and DENIED IN PART** as follows:

1. Count One (42 U.S.C. § 1985(3)), Count Two (42 U.S.C. § 1986), and Count Three (42 U.S.C. § 1981) is **DISMISSED** as to all Plaintiffs against Defendant The Work Connection;

2. Count Six (Minn. Stat. § 363A.08) is **DISMISSED only as to** Plaintiffs Aware Daud, Sahra Farah, Anab Ibrahim, Fowsiya Gelle, Kiin Farah, Lul Esse Hersi, and Kasha Anna Sobania against Defendant The Work Connection;

3. Count Seven (Minn. Stat. § 363A.14) is **DISMISSED only as to** Plaintiffs Sarha Farah, Anab Ibrahim, Fowsiya Gelle and Kasha Anna Sobania against Defendant The Work Connection; and

4.  Plaintiff Kasha Anna Sobiana's Count Eight (Minn. Stat. § 363A.08) claim against the Work Connection is **DISMISSED**.

Dated: June 5, 2007

                                            s/David S. Doty
                                            DAVID S. DOTY
                                            United States District Judge